1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  JAMES K. HERING
   Certified Law Clerk
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
6



7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   CASE NO. 1:09-mj-00468-SMS
                                   )
13            Plaintiff,           )   MOTION AND ORDER FOR DISMISSAL
                                   )   OF INFORMATION
14  v.                             )
                                   )
15  ISIDRO VILLAGOMEZ,             )
                                   )
16            Defendant(s).        )
                                   )
17  _____    )

18       The United States of America, by and through Benjamin B. Wagner,

19  United States Attorney, and Laurel J. Montoya, Assistant United

20  States Attorney, hereby moves to dismiss the Information filed

21  against ISIDRO VILLAGOMEZ without prejudice in the interest of

22  justice, pursuant to Rule 48(a) of the Federal Rules of Criminal

23  Procedure.

24  Dated: December 17, 2009        BENJAMIN B. WAGNER
25                                  United States Attorney
26

27                          By :  _____
                                   LAUREL J. MONTOYA
28                                 Assistant U.S. Attorney

                              1                    INFORMATION
                                               U.S. v. VILLAGOMEZ
                                               1:09-mj-00468-SMS

O R D E R

IT IS HEREBY ORDERED that the Information filed against ISIDRO VILLAGOMEZ on December 10, 2009, be dismissed, without prejudice, in the interest of justice.

Dated: ~~December~~ ~~, 2009~~
       January 8, 2010

_____
United States Magistrate Judge

INFORMATION
U.S. v. VILLAGOMEZ
1:09-mj-00468-SMS